UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES

v.

MICHAEL WAYNE BIRDSONG

Case No. 4:22-CR-00144-DPM-1
The Honorable D.P. Marshall, Jr.

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR − 6 2026

TAMMY H DOWNS, CLERK
By: _____
DEP CLERK

MOTION FOR CLARIFICATION OF SENTENCE COMMENCEMENT DATE
AND FOR CREDIT FOR TIME SERVED BETWEEN 7/22/22 to 9/17/24

Defendant, Michael Wayne Birdsong, appearing pro se, hereby respectfully submits his motion to clarify his sentence relative to the commencement date and request for credit for time served between 7/22/22 to 9/17/24.

1.   In the instant case, the court ordered a sentence of 240 months on September 17, 2024. Please see attached Document 83-1, Filed 9/23/24, Page 2 of 8, Case no. 4:22-CR-00144-DPM-1 (hereinafter referred to as the "second sentence").

2.   The order of imprisonment states as follows:

"The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 240 months, concurrent with the sentence imposed in United States v. Michael Birdsong, Case No. 4:09-cr-73-JM-1 (E.D. Ark. 22 July 2022)".

3.    The second sentence was ordered to run concurrent with the first sentence of 60 months imposed on July 22, 2022 in case no. 4:09-CR-00073-JM-1.

4.   Defendant believes that the total term for both sentences (first and second) is 20 years, and indicating his belief that the second sentence was intended to begin on the same date as the first sentence, i.e. 22 July 2022, and to run concurrent with the first sentence.

5.   The Bureau of Prisons ("BOP"), however, has calculated a total term of 22 years, 1 month and 27 days, indicating that it believes the second sentence was intended to begin on September 17, 2024, and to run concurrent with the first sentence. Please see attached response by the BOP.

6.   The Defendant respectfully asks the court to clarify whether the second sentence for 240 months was intended to commence on September 17, 2024 or was it intended to commence on July 22, 2022.

7.   In the event the instant sentence is deemed to commence on September 17, 2024 then defendant respectfully asks the Honorable Court to please grant him credit for the time served while incarcerated in federal prison between July 22, 2022 to September 17, 2024 to be applicable to this sentence herein; and specifically asks for the time of 2 years, 1 months and 27 days to be presently credited by the BOP to his current sentence of 240 months.  Thank you.

Date:   March 30 , 2026

Respectfully submitted,

Michael Wayne Birdsong

Mike Birdsong 24790-009
FCI Yazoo Low II
P.O. Box 5000
Yazoo City, MS 39194

9589 0710 5270 0219 7758 57

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 0219 7758 57

Tammy H. Downs, Clerk of the Court
Eastern District Arkansas
500 West Capitol Ave.
Little Rock Arkansas 72201